UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ALEXANDER,<br><br>        Plaintiff,<br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>        Defendant. | CASE NO. 08cv2233-L(NLS)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT WITHOUT PREJUDICE** |

    Plaintiff Mark Alexander filed a Complaint for Judicial Review and Remedy on Administrative Decision Under the Social Security Act.. In accordance with 28 U.S.C. § 636(b)(1)(B) and Civil Local Rule 72.1(c)(1)(c), the case was referred to United States Magistrate Judge Nita L. Stormes for a report and recommendation. On October 23, 2009 Judge Stormes issued a report and recommendation recommending to dismiss the complaint without prejudice for failure to prosecute. Plaintiff has not filed objections. For the reasons which follow, the Report and Recommendation is **ADOPTED** and the complaint is **DISMISSED WITHOUT PREJUDICE**.

    On April 3, 2009 the court issued a briefing schedule for Plaintiff to file a motion for summary judgment; however, Plaintiff did not file a motion. On June 24, 2009 the court issued an order to show cause why the case should not be dismissed for failure to prosecute. Upon a showing of good cause, Judge Stormes on July 14, 2009 issued a new briefing schedule, extending until September 14, 2009 the time for Plaintiff to file a

summary judgment motion.  Nevertheless, Plaintiff has not filed a motion.  Accordingly, the report and recommendation recommends dismissing the complaint without prejudice for failure to prosecute.

A district judge "may accept, reject, or modify the recommended disposition" on a dispositive matter prepared by a magistrate judge proceeding without the consent of the parties for all purposes.  Fed. R. Civ. P. 72(b); *see* 28 U.S.C. § 636(b)(1).  "The court shall make a *de novo* determination of those portions of the [report and recommendation] to which objection is made."  28 U.S.C. § 636(b)(1).  When no objections are filed, the *de novo* review is waived.  Section 636(b)(1) does not require review by the district court under a lesser standard.  *Thomas v. Arn*, 474 U.S. 140, 149-50 (1985).  The "statute makes it clear that the district judge must review the magistrate judge's findings and recommendations *de novo if objection is made, but not otherwise*." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (emphasis in the original); *see Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1225-26 & n.5 (D. Ariz. 2003).

In the absence of objections, the Report and Recommendation is **ADOPTED**.  The complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**IT IS SO ORDERED**.

DATED:  November 17, 2009

M. James Lorenz
United States District Court Judge

COPY TO:

HON. NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL